FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 08 2015

JAMES W. McCORMACK, CLERK
By: _____
      DEP CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF ARKANSAS

ZION CAPITAL VENTURES, INC. and
NICHOLAS GORDON                                    PLAINTIFFS

v                    CASE NO.: 4:15cv748-JM

SKB PARTNERS, LLC;
SKB INSURANCE, LLC;                                DEFENDANTS
SCOTT SMITH, individually and
In his official capacity; and
JOHN DOES 1-9

## COMPLAINT

Comes now the Plaintiffs, Zion Capital Ventures, Inc., (Zion) and Nicholas Gordon, by and through their attorneys, and for their Complaint, states:

1. The Plaintiff's at all times relevant to this Complaint were and are the residents of New York. The Defendants in this matter are residents of Saline County Arkansas. The amount in controversy is in excess of Federal Court jurisdiction, therefore Jurisdiction and venue is proper before this Court.

2. On or about July 2011 the Defendants approached the Plaintiff with a purported business opportunity for investment in large scale construction projects.

3. Defendants told the Plaintiffs that he had connection with former President William Clinton and a special note from the Federal Reserve Bank giving him access to several billion dollars. *See attached Ex. A.*

4. The Defendants further engaged third parties to impersonate certain financial figures to the Plaintiff during certain phone calls. Defendants had persons claim they represented Bank of the Ozarks and the Federal Reserve of Cleveland.

This case assigned to District Judge Moody
and to Magistrate Judge Deere

5. Defendants wrongfully enticed Plaintiffs into giving them large amounts of monies. *See attached Ex. B.*

6. Plaintiffs have sought to have their monies returned to no avail.

7. The Defendants used email, the USPS, and telephones to communicate fraudulent offers to the Plaintiffs.

8. The Defendants conspired to defraud the Plaintiff out of monies that were to be invested.

9. From Defendants' wrongful actions, this suit has ensued.

## COUNT I

## BREACH OF CONTRACT

10. Defendants agreed to invest the monies of the Plaintiff's.

11. The parties entered into a business agreement.

12. Defendants breached that agreement when they failed to invest or return the Plaintiffs monies.

13. Defendants continue to refuse to invest or otherwise tell the Plaintiffs where their monies are.

14. Defendants, have failed to pay Plaintiffs, monies owed for fraudulent investments.

15. Defendants have acted willfully and fraudulently in doing so.

## COUNT II

## FRAUD

16. Plaintiffs were fraudulently induced into enter the t contract with Defendants.

17. Defendants made false representations in regard to the contract. Defendants knew at the time of the offer that he were never going to invest the monies or do what was promised.

18. Defendants knew the items represented in the contract were false when the offer was made.

19. Defendants made these promises for the express purpose of inducing Plaintiff's to enter into the contract.

20. Plaintiff's justifiably relied on the contract and assertions made by Defendants to enter into the contract.

21. Plaintiff's would have never entered into the contract with Defendants except for the false representations.

## COUNT III

## THEFT OF PROPERTY

22. Defendants took monies that belonged to Plaintiffs.

23. Defendants took the monies of Plaintiff's, with the purpose of depriving the Plaintiff's of the monies and articles owed to them.

## COUNT IV

## UNJUST ENRUICHMENT

24. The Defendants have been unjustly enriched by taking monies that the Plaintiffs gave to them in good faith and not doing what it was intended for.

25. The Defendants have further received unjust enrichment by their illegal conduct against the Plaintiffs.

## COUNT V

## VIOLATIONS OF THE RACKETEER INFLUCENED

26. The conduct of the Defendants is a predicate act with the purpose to defraud the Plaintiffs.

27. The Defendants have operated an enterprise for several years with the purpose to defraud consumers.

28. Over the past ten years the Defendants have engaged in a pattern of behavior to defraud customers of monies.

29. Defendants conduct shows a pattern of racketeering.

## TRIAL BY JURY AND FEES

32. Plaintiffs seeks attorney's fees and costs.

33. Plaintiffs request a trial by jury.

WHEREFORE, the Plaintiffs, prays for judgment against the Defendants in an amount greater than that of Federal Court jurisdiction; for their attorney's fees and costs; and for all other just and proper relief to which he may be entitled.

Respectfully submitted,

Thomas Burns (02006)
Charles D. Hancock (01022)
Alex Burgos (11133)
Hancock Law Firm
610 East 6th St
Little Rock Arkansas 72202
Telephone (501) 372-6400
Fax (501) 372-6401
burns@hancocklawfirm.com



**FEDERAL RESERVE BANK**
33 LIBERTY STREET
NEW YORK, NEW YORK, 10045, U.S.A.
PHONE: (212) 720 5000 FAX: (212) 720 6331

Date : September 15, 2010
Ref : FRNY/0137752-09

To: SKB Partners, LLC.
Represented by Mr. Scott A. Smith
U.S.A. Passport Number 402829477
Custodial Trustee
Custodial Account No.: 021088506

Dear Mr. Scott A. Smith,

### Reserved Funds Letter

With reference to your request, we hereby confirm with full authority and bank responsibility that the Federal Reserve Bank, New York has blocked and reserved your U.S. Treasury Check Numbers 2122 10566101 up to 2122 10566120 inclusively with a total amount of Ten Billion United States Dollars (USD 10,000,000,000.00) for the benefit of SKB Partners, LLC., Represented by Mr. Scott A. Smith, U.S.A. Passport Number 402829477.

These U.S. Treasury Checks have been blocked and reserved from the date of this letter for one year and one day renewable up to Ten (10) years. We further confirm that these Treasury Checks can be verified through a responsible bank inquiry.

Yours Sincerely,

Ben S. Bernanke
Chairman

Donald L. Kohn
Vice Chairman

Ex A


The Federal Reserve Bank

**FEDERAL RESERVE BANK**
33 LIBERTY STREET
NEW YORK, NEW YORK, 10045, U.S.A.
PHONE : (212) 720 5000 FAX : (212) 720 6331

Date : September 15, 2010
Ref. : FRNY/0137749-09

To: SKB Partners, LLC.
Represented by Mr. Scott A. Smith
U.S.A. Passport Number 402829477
Custodial Trustee
Custodial Account No.: 021088506

Dear Mr. Scott A. Smith,

This letter will serve as confirmation that SKB Partners, LLC., Represented by Mr. Scott A. Smith, U.S.A. Passport Number 402829477, has the full signatory / authority over the U.S. Treasury Check Numbers 2122 10566101 up to 2122 10566120 with a total amount of Ten Billion United States Dollars (USD 10,000,000,000.00).

We, The Federal Reserve Bank of New York, located at 33 Liberty Street, New York, New York 10045, U.S.A., with the authorized signatures appearing below, hereby irrevocably acknowledge with full bank responsibility our receipt in custody of the said assets.

We confirm that this letter is issued under full faith and trust of our bank and that the said instruments are freely available to Mr. Scott A. Smith, authorized signature and may be assigned, or recorded on the record of our bank with the express written consent of the above reference account holder to obtain credit. All rights arising from the ownership of this account shall thereby be freely assignable, transferable, and divisible without payment to us of any transfer fee and upon written instructions of the Account Holder hereof, and who warrants our strict compliance herewith.

The asset shall be free and clear of any taxes, levies, or duties of any nature present or future imposed under the laws of the European Union and Switzerland.

We confirm the account of Mr. Scott A. Smith, may be verified by a responsible bank inquiry, if the inquiry is accompanied by the check numbers, verification and transfer code, and will be confirmed by Grey Screen only to such bank as designated by Mr. Scott A. Smith, authorized signature. Original copies of the Custodial Safekeeping Receipts will be delivered via bank courier to the same bank.


The Federal Reserve Board

We confirm that we have performed all political, economic, and financial due diligence, including but not limited to due diligence in compliance with Articles 2 to 5 of the Agreement of Due Diligence of 1977, Articles 305bis and 305ter of Swiss Criminal Code and the US Federal Banking Commission circular of December 1998, and in compliance with the International Counter Money Laundering Act (United States H.R. 3886 and United States S.2972), and in compliance with the Wolfsberg Treaty, The European Government Council Resolution Number 921, Wolfgang Convention of 4th May 2002, the USA Patriot Act, as well as all Treasury, Federal and Cantonal Laws of Switzerland, and affirm, with full banking authority that all laws have been complied with good, clean, cleared funds of non-criminal origin and legally earned, or by license or authority from the government of the United States of America, under the appropriate laws of the said country.

We declare that this Custodial Safekeeping Receipt is an operating, fully confirmed instrument, and is governed by and to be construed in accordance with the applicable laws of the country (United States of America), the United Kingdom, the Netherlands, and Switzerland, and the rules of the International Chamber of Commerce (I.C.C.), 500/600 Latest Revision, Paris, France, governing Uniform Customs and Practice for Documentary Credit, and engages is in accordance with the terms thereof.

We also declare that any copy of this instrument will be valid and legal as the original.

Yours Sincerely

Ben S. Bernanke
Chairman

Donald L. Kohn
Vice Chairman



**FEDERAL RESERVE BANK**
33 LIBERTY STREET
NEW YORK, NEW YORK, 10045, U.S.A.
PHONE : (212) 720 5000  FAX : (212) 720 6331

DATE : SEPTEMBER 15 2010
REF. : FRNY/0106213 09

## CONFIDENTIAL MEMO

TRANSACTION CODE    FRNY:0137743-09
SELLER'S REF CODE    582-172-4671S8
PRINCIPAL SELLER    SKB PARTNERS, LLC
      REPRESENTED BY MR. SCOTT A. SMITH
      U.S.A PASSPORT NUMBER 402829477
PRINCIPAL BUYERS    BANK OPERATIONS
ISSUER OF CHECKS    FEDERAL RESERVE BANK (CENTRAL BANK)

### SCREENING PROCEDURES :

1. ENTER THE ACCESS CODE FOR    ASL819RU – FRNYUS33FX1
2. ENTER THE SECURITY CODE    OTU491674
3. GO TO RELATED CODE    MFE693JH
4. ENTER THE NET CODE    691047
5. ENTER THE FOLLOWING ACCESS CODE    ASL819RU

    CUSIP            NKS139564
    SWIFT CODE      FRNYUS33FX1
    SCREENING CODE   690347-09
    ISIN             AU000000ALD4
    COMMAND CODE    022-778-705
    DTC              104739
    UWRTR          24NKS240G-RU 4784

6. FOLLOW THE INSTRUCTIONS ON SCREEN AS APPROPRIATE FOR
    a.    OPTION 1     TO BLOCK THE BANK INSTRUMENT CONCERNED
    b.    OPTION 2
    c.    OPTION 3

7. IF ANY OF THE AFOREMENTIONED OPTIONS IS NOT SELECTED, THE SAID BANK INSTRUMENT WILL GO OFF FROM THE SCREEN

YOURS SINCERELY

BEN S BERNANKE                           DONALD L. KOHN
CHAIRMAN                                   VICE CHAIRMAN



This Safekeeping Receipt is an operative instrument, and it is confirmed, irrevocable, unconditional, divisible, transferable, and assignable without presentation to us.

With the authority of the signatures below, we hereby add our authentication and stand ready to confirm authenticity by Grey Screen only to any responsible inquiring bank. On request of an original copy of this Safekeeping Receipt will be delivered via bonded courier bank-to-bank.

Yours Sincerely,

Ben S. Bernanke
Chairman

Donald L. Kohn
Vice Chairman

```
EUC-DTC.FROM:
AASWERBACK:USTCPRB
DTC. WL.3037
INPUT TEXT  EUC. DTC.  RESULT
REF:USTCRVD#/ TSDA1996JSPER  SENT:06/11
APPL.:F:APDU.01 MESSAGE PRIORITY:0
MESSAGE PRIORITY:SCREEN DTC AND EUC.
MESSAGE OUT REF: 10:19 AM    30 06 11
MESSAGE INPUT REF: 10:23 AM  30 06 11-2967-5001-26
FROM: USTCPRB
FEDERAL RESERVE BANK
33 LIBERTY STREET
NEW YORK, NEW YORK, 10045
U.S.A.
CTF NUMBER.4302784326
CONFIRMATION DIRECT:
DTC.2037
F/C
MESSAGE TYPE:SCREEN FREE FORMAT MESSAGE
REF: 4618-108.FRBSKB   V.E.W.   JSSB   ID-00000000401MV.02
:26:REFFERENCE USTC:  1074
DESCRIPTION:
BENEFICIARY: SKB PARTNERS, LLC.
REPRESENTED BY: MR. SCOTT A. SMITH
ASSIGNED ON SEPTEMBER 15, 2010
ASSIGNATION REG NUMBER:4538/5001-26
TRANSACTION IDENTIFICATION:J.S.S.B.
CUSIP NUMBER:NK5139004
ACCESS CODE:ASLBH9RU
ORIGIN FUNDS
CURRENCY USD
COMMON CODE:022778706
ISIN NO:AU000000ALD4
FR.NUMBER 4792/5001-26
EXP.NUMBER: 5001-26
VALIDITY CODE:L SE25DF0699
:79:F1 C.DIRECT FORM FRB 3403
DELIVERY INSTRUCTIONS BY SCREEN
DELIVERY CODE:NSAERB187AJ7
QUOTE:
WE, UNITED STATES FEDERAL RESERVE BANK OF NEW YORK, 33 LIBERTY STREET, NEW YORK, NY 10045,
USA REPRESENTED BY THE UNDERSIGNED OFFICERS, HEREBY CONFIRM WITH FULL BANK RESPONSIBILITY THAT
WE IRREVOCABLY HOLD IN ACCOUNT NAME SKB PARTNERS, LLC, CUSTODIAL ACCOUNT NUMBER 02108506 FREELY
AVAILABLE UNENCUMBERED LIEN FREE UNRESTRICTED FUNDS BY VIRTUE OF US TREASURY CHEQUES NUMBERED FROM
2132 10566101 UP TO 2132 10566120 BEARING A VALUE OF TEN BILLION UNITED STATES DOLLARS (USDS10,000,000,000.00),
IN THE FAVOUR OF SKB PARTNERS, LLC., REPRESENTED BY MR. SCOTT A. SMITH, U.S.A. PASSPORT NO. 402829477.
THESE CASH FUNDS ON DEPOSIT IN THE TOTAL AMOUNT OF UNITED STATES DOLLARS TEN BILLION (USD10,000,000,000.00)
ARE UNDER SAFE KEEPING WITH OUR BANK. WE HAVE IRREVOCABLY RESERVED AND ASSIGNED THE AFOREMENTIONED
UNENCUMBERED CASH FUNDS FOR A PERIOD OF TEN (10) YEARS FROM THE DATE OF SIGNING OF THIS INSTRUMENT IN
FAVOUR OF SKB PARTNERS, LLC., REPRESENTED BY MR. SCOTT A. SMITH, U.S.A. PASSPORT NO. 402829477. THESE CASH
FUNDS ARE CLEAR, CLEAR, FREE OF ANY LEVY, LIENS OR ENCUMBRANCES, FREELY AVAILABLE AND THE RULE OF FULL
DISCLOSURE HAS BEEN ESTABLISHED THAT THESE ASSETS WERE LEGALLY OBTAINED FROM NON-CRIMINAL BUSINESS
ACTIONS. WE CONFIRM THAT THIS INSTRUMENT HAS BEEN ISSUED WITH FULL BANK RESPONSIBILITY. THIS INSTRUMENT
IS FREELY AVAILABLE FOR INVESTMENT AND SERVES AS COLLATERAL TO THE ASSIGNEES AND OR BENEFICIARIES
HEREIN NAMED AND AT THEIR DISCRETION THEY MAY SECURE ANY LOAN, CREDIT LINE OR CREDIT FACILITY FOR THEIR
USE AS THEY MAY DEEM FIT. THIS OPERATIVE BANK INSTRUMENT IS ASSIGNABLE, TRANSFERABLE AND DIVISIBLE
UNQUOTE:
FROM SCREEN CODE 4377:
TO:EUC.DTC . WL3037
:INTL OPS EASTERN#1 USTC.
:IN OUR MSG REGARDING AN
:INSTRUMENT INDICATED AS USTC.:
:WE INFORM YOU THAT OUR BANK HAS ISSUED
THIS INSTRUMENT. USTC.
AUTH BANK OFFICER
PATRICIA HILT, AVP
AUTH OP.PES2437
SCREEN AT THE SAME TIME:
ANSWERBACK: USTCFRB
EUC.DTC. WL3037
:PLEASE CONSIDER THE ABOVE ITEM AS A
:SCREEN CONFIRMATION
FUNDS BEHIND CASHBACK
.D.V. SAME DAY:
:REGARDS.
:FEDERAL RESERVE BANK
:USTC ERP5237
```



Federal Reserve Board

**FEDERAL RESERVE BANK**
33 LIBERTY STREET
NEW YORK, NEW YORK, 10045, U.S.A
PHONE : (212) 720 5000 FAX : (212) 720 6331

Date : September 15, 2010
Ref. : FRNY/0137743-09

## SAFE KEEPING RECEIPT

We, The Federal Reserve Bank of New York, located at 33 Liberty Street, New York. New York 10045, U.S.A. with Telephone Number (212) 720 5000; Fax Number (212) 720 6331, SWIFT Code: FRNY US 33, hereby confirm with full authority and responsibility that our valued client has deposited with us in Custodial Account Number 021088506 funds / assets of which details are outlined as follows:

| | |
|---|---|
| Type of Funds / Assets | U.S. Treasury Checks |
| Check Numbers | 2122 105 66101 up to 2122 105 66120 |
| Registration on FED Screen | Access Code: SKB-FED-83951799-10B-822964-2010<br>Security Code: 217864 SKB 28<br>ID Number: SKB-FED-3496123-822964-2010 |
| Date of Issue | September 15, 2010 |
| Value Date: | September 15, 2020 callable and renewable annually up to Ten (10) year |
| Check Denomination | Five Hundred Million United States Dollars (USD 500,000,000.00) |
| Total Amount | Ten Billion United States Dollars (USD 10,000,000,000.00) |

These funds / assets have been placed in our custodial safekeeping under Custodial Account No. 021088506, Custodial Account Name: SKB Partners, LLC , Safekeeping Period: from March 29, 2010 to March 29, 2025.

This Safekeeping Receipt is issued and effective from the date of issuance for the benefit of the Custodial Trustee and Signatory of the aforesaid funds / assets, namely SKB Partners, LLC., Represented by Mr. Scott A. Smith, U.S.A. Passport Number 402829477 or his assignees.

We further confirm that these funds / assets are good, clean, cleared and of non-criminal origin, free and clear of all liens and encumbrances, and shall remain so for the above-stated Safekeeping Period.

Print | Close Window

**Subject:** Participation Agreement
**From:** ssmith@skbholdings.com
**Date:** Fri, Dec 09, 2011 8:43 am
**To:** info@primeprop.us
**Attach:** ParticipationAgreement12-9-2011.doc

Nick-

Here is the Participation Agreement reflecting the 20% being granted to you for the remaining $3M investment being infused today, December 9, 2011.

Scott

Copyright © 2003-2012. All rights reserved.

Ex. B

## PARTICIPATION AGREEMENT

THIS AGREEMENT ("Agreement"), is dated as of December 9, 2011, by and between **Scott A. Smith, an individual and SKB Partners, LLC,** an Arkansas entity (hereinafter jointly referred to as "SAS") and **Nicholas Gordon and Zion Capital Ventures, Inc.** (hereinafter referred to as "Participant").

Whereas, SAS seeks an investment of Six Million Eight Hundred Fifty Thousand Dollars ($6,850,000.00) from Participant.

Whereas, SAS, and Participant desire to set forth the terms and conditions pursuant to which Participant may purchase a percentage of the available net earnings owned by SAS under the attached Reserved Funds Letter, Confidential Memo, DTC WI 2037 and Safe Keeping Receipt in favor or SAS (Exhibit 1, attached hereto and made a part hereof and hereafter referred to as Reserved Capital) and thereby purchase twenty percent (20%) of SAS's net earnings "Return on Investment" (ROI) generated by the Reserved Capital pursuant to the Agreement between SAS and New Fountain Development LTD, said Agreement being known as "Project Funding & Asset Management Agreement" and any successors thereto for the life of SAS's Reserved Capital. The percentage of ownership sharing profit mentioned above does not include any ownership rights in or to Investor's Original Reserved Capital and/or the Trading Capital obtained against such Reserved Capital.

NOW, THEREFORE, for good and valuable mutual consideration, the receipt and sufficiency of which are hereby acknowledged, SAS and Participant hereby agree as follows:

1. <u>PARTICIPANT</u>. Participant agrees to pay to SAS the sum of Six Million Eight Hundred Fifty Thousand Dollars (USD 6,850,000.00). Participant and SAS agree that said sum of Six Million Eight Hundred Fifty Thousand Dollars (USD 6,850,000.00) will be funded on December 9, 2011. Further, SAS warrants that all updated compliance documents have been submitted to a qualified entity, New Fountain Development, LTD, final approval has been granted by that entity and it's associated banks and related entities, Deutschebank, UniCredit Bank of Austria (hereinafter referred to as "Bank Syndicate"), the FED and the European Central Bank; including an Asset Management Agreement which has been approved by said bank syndicate for execution. In return for the referenced payment SAS agrees to transfer twenty percent (20%) of it's net earnings *"Return of Investment" (ROI) generated by the Reserved Capital reserved under PROJECT FUNDING & ASSET MANAGEMENT AGREEMENT.* and any successor agreements thereto for the life of Reserved Capital, pursuant to Section 3 hereinafter. The percentage of ownership sharing profit mentioned above does not include any ownership rights in or to Investor's Original Reserved Capital and/or the Trading Capital obtained against such Reserved Capital.

2. <u>TAX LIABILITY</u>. Participant shall be solely responsible for any and all local, state, and federal tax liabilities which may result from this Agreement or payments made hereunder. Participant shall hold SAS harmless from and against any and all local, state, and federal tax liabilities which may be assessed against SAS by virtue of this Agreement or payments made hereunder as they relate to the Services performed by Participant.

3. <u>COMPENSATION</u>. Within two (2) business days of SAS's receipt of any and all *(ROI)*, SAS will pay, pursuant to a Sub Fee Agreement to be executed by SAS and Participant the

PARTICIPATION AGREEMENT

aggregate combined sum of twenty percent (20%) of the *net earnings "Return of Invest" (ROI) generated by the Reserved Capital reserved under NEW FOUNTAIN DEVELOPMENT LTD & SKB PARTNERS LLC PROJECT FUNDING & ASSET MANAGEMENT AGREEMENT.* and any successors thereto for the life of SAS's Reserved Capital.

4. TERM. This term of this Agreement shall be for a period of ten (10) years from the date hereof.

5. CANCELLATION or TERMINATION. SAS may NOT terminate this Agreement before the expiration date of the term of the Credit Derivative described in Exhibit 1.

6. CONFIDENTIAL INFORMATION. Participant shall treat as strictly confidential (a) all information and data obtained by Participant and Sub-Participant in connection with this Agreement or otherwise which are confidential or proprietary to SAS, and SKB including, without limitation, the Work Product, and information and data relating to SAS's operations, policies, procedures, techniques, accounts and personnel; and (b) all information and data which are confidential or proprietary to a third party and which are in the possession, custody or control of SAS. In the event of a breach or threatened breach of the provisions of this Section, SAS shall be entitled to an injunction restraining such breach or threatened breach without having to prove actual damages. Such injunctive relief as SAS may obtain shall be in addition to all of the rights and remedies available at law and in equity. This Section shall survive the termination of this Agreement for a period of two years from the date of termination.

7. CHANGES. The terms and conditions of this Agreement may not be amended, waived, or modified, except in a writing signed by the parties hereto.

8. NO WAIVER. No failure or delay of either party to exercise any rights or remedies under this Agreement shall operate as a waiver thereof, nor shall any single or partial exercise of any rights or remedies preclude any further or other exercise of the same or any other rights or remedies, nor shall any waiver of any rights or remedies with respect to any circumstances be construed as a waiver thereof with respect to any other circumstances.

9. SEVERABILITY. In the event that any provision of this Agreement is found to be invalid or unenforceable by a court of competent jurisdiction, the remainder of this Agreement shall continue in full force and effect as if no such invalidity or unenforceability had been determined and it shall not be affected thereby.

10. GOVERNING LAW. In the event of a dispute hereunder, the Courts of the State of Arkansas shall be deemed to have jurisdiction and the laws of the State of Arkansas shall apply.

11. ELECTRONIC SIGNATURES. The parties to this Agreement may sign it by electronic signature affixed below. The electronic signature shall have the identical effect and validity as if the party signed who used it actually signed it in person and by ink.

## PARTICIPATION AGREEMENT

DATED as of the date first above written.

**PARTICIPANT** *[signature]*
Nicholas Gordon, Individually

Date: December 9, 2011

*[signature]*
Scott A. Smith, Individually

Date: December 9, 2011

Zion Capital Ventures, Inc.

*[signature]*

Nicholas Gordon, Vice President

Title: <u>Vice President</u>

Date: December 9, 2011

SKB Partners, LLC

*[signature]*

Scott A. Smith

Title:   <u>Senior Managing Partner</u>

Date: December 9, 2011